Approved 01-31-22

**PROCEEDINGS OF THE BOARD OF COUNTY COMMISSIONERS**
**REGULAR MEETING**
**JANUARY 19, 2022**

The Board of County Commissioners of Custer County met in regular session in the Commissioner's board room.  The meeting was called to order by Commissioner Canda at 9:00 a.m. and the Pledge of Allegiance was recited.  Roll call was taken, and the following were present:

| | |
|---|---|
| William R. Canda | Chair |
| Tommy G. Flower | Vice-Chair |
| Kevin V. Day | Commissioner |
| Kelley Camper | Clerk to the Board |
| Clint Smith | County Attorney |

**AUDIENCE INTRODUCTIONS**
Present in the audience were Gayla Day; IT Assistant, Jordan Benson; Finance/HR Director, Braden Wilson; Jordan Hedberg; James Gilbert; Ann Barthrop; and Harald Frank.

**AMENDMENTS TO THE AGENDA**
None

**MINUTES**
**MOTION by Commissioner Day, to approve the minutes from the November 17th BOCC meeting.  Motion carried unanimously.**

**COMMISSIONER ITEMS**
The board reported on the various meetings they attended and individuals they met with.

**ATTORNEY ITEMS**
County Attorney, Clint Smith, reported on the various items he has been working on.

**ADMINISTRATIVE ASSISTANT ITEMS**
None

**PUBLIC COMMENT**
None

**UNFINISHED BUSINESS**
None

**EXHIBIT H**

Approved 01-31-22

**NEW BUSINESS**
BOCC CHAIR AND VICE-CHAIR
Commissioner Canda asked for nominations for BOCC Chair.  Commissioner Canda nominated Commissioner Day.  Commissioner Day nominated Commissioner Canda.

**MOTION by Commissioner Flower, to close nominations.  Motion carried unanimously.**

The board voted by secret ballot and County Attorney, Clint Smith, read the votes.  There were 2 votes for Commissioner Day and 1 vote for Commissioner Canda.  Commissioner Day will take over as BOCC Chair.

Commissioner Day asked for nominations for Vice-Chair.  Commissioner Day nominated Commissioner Canda.

**MOTION by Commissioner Flower, to close nominations and vote by acclimation.  Motion carried unanimously.**

Commissioner Canda will take over as Vice-Chair.

MANAGING COMMISSIONER
Commissioner Day stated that the custodial department and the fair board would both like to be assigned to a different commissioner.  He also stated that he would like to take the Road and Bridge Department.   Those changes were made to both the annual list, and the current list voted on during the December 30th BOCC meeting.

**MOTION by Commissioner Canda, to accept the organizational chart for the managing commissioners as amended.  Motion carried unanimously.**

**MOTION by Commissioner Day, to accept the 2nd organizational chart as amended.  Motion carried unanimously.**

The list of managing commissioners is on file in the County Clerk's Office.

BOARD APPOINTMENTS
**MOTION by Commissioner Canda, to appoint Tom Flower and Bill Canda to the 911 Authority Board.  Motion carried unanimously.**

**MOTION by Commissioner Flower, to appoint Charles Bogle, Bill Canda, Kevin Day, Tom Flower, and Chuck Steigerwalt to the Action 22 Board.  Motion carried unanimously.**

The Airport Board appointments were tabled until a later date.

**MOTION by Commissioner Canda, to appoint Keith Hood as representative to the Arkansas Basin Round Table Board.  Motion carried unanimously.**

Approved 01-31-22

**MOTION by Commissioner Flower, to appoint Justin Geroux and Carol Vahinger as Associates to the Board of Zoning Adjustment and Planning Commission.  Motion carried unanimously.**

**MOTION by Commissioner Flower, to remove Newell Woodbury from the Attainable Housing Board and replace him with John Fulton.  Motion carried unanimously.**

**MOTION by Commissioner Flower to appoint Charles Bogle, Steve Lasswell, Mike Liebman, John Fulton, and Amanda Morelli to the Attainable Housing Board.  Motion carried unanimously.**

**MOTION by Commissioner Day, to appoint Deb Adams and John Decker to the Board of Zoning Adjustment.  Motion carried unanimously.**

**MOTION by Commissioner Day, to appoint Tom Flower to the Central Front Range Transportation and Planning Region Board.  Motion carried unanimously.**

**MOTION by Commissioner Day, to appoint Tom Flower and Gerry Draper to the Colorado Film Commission.  Motion carried unanimously.**

**MOTION by Commissioner Day, to appoint Clint Smith as County Attorney.  Motion carried unanimously.**

**MOTION by Commissioner Canda, to appoint Karalin Alsdurf and LeAnn Bair as board members and Jeannette Steigerwald as an ex-officio board member to the Custer County Tourism Board.  Motion carried unanimously.**

**MOTION by Commissioner Day, to appoint Bill Canda and Kevin Day to the Custer Emergency Service.  Motion carried unanimously.**

**MOTION by Commissioner Day, to appoint SCRETAC as Director of Ambulance Licensure and Inspection.  Motion carried unanimously.**

**MOTION by Commissioner Flower, to table the Enterprise Zone Representative and UAACOG Revolving Loan Representative until a later date.  Motion carried unanimously.**

**MOTION by Commissioner Canda, to appoint Jared McClain to the Extension Advisory Board.  Motion carried unanimously.**

**MOTION by Commissioner Canda, to table the Fair Board appointments until a later date.  Motion carried unanimously.**

**MOTION by Commissioner Flower, to table the Sale Committee appointments until a later date.  Motion carried unanimously.**

Approved 01-31-22

**MOTION by Commissioner Flower, to remove Dale Mullen and replace with Mary Mowery on the Planning Commission.  Motion carried unanimously.**

**MOTION by Commissioner Flower, to appoint Vic Barnes, Bill Donley, and Skip Northcross to the Planning Commission.  Motion carried unanimously.**

**MOTION by Commissioner Day, to appoint Tom Flower to the Scenic Byways Board.  Motion carried unanimously.**

**MOTION by Commissioner Canda, to table the SCRETAC Representatives appointment until a later date.  Motion carried unanimously.**

**MOTION by Commissioner Canda, to appoint Charles Bogle and Kevin Day to the Southern Colorado Economic Development District Board.  Motion carried unanimously.**

**MOTION by Commissioner Flower, to appoint Charles Bogle, Chuck Steigerwalt, and Tom Flower to the UAACOG Workforce Investment Board.  Motion carried unanimously.**

**MOTION by Commissioner Flower, to appoint Charles Bogle and Kevin Day to the Upper Arkansas Council of Governments Board.  Motion carried unanimously.**

**MOTION by Commissioner Day, to table the Weed Board appointments until a later date.  Motion carried unanimously.**

**MOTION by Commissioner Day, to ratify the library board appointments.  Motion carried unanimously.**

**MOTION by Commissioner Flower, to appoint Julie Fall to the Wetmore Community Center Board.  Motion carried unanimously.**

**MOTION by Commissioner Day, to appoint Courtney Davenport, Nan Davenport, Alden Gray, Ruth Roper, John Spaar, Ruth Spaar, and Margie White to the Wetmore Community Center Board.  Motion carried unanimously.**

**MOTION by Commissioner Flower, to appoint Mary Abrahams, Nan Davenport, Gerry Draper, Joy Iden, and Julie Skinner to the Wetmore Community Library Board.  Motion carried unanimously.**

**MOTION by Commissioner Flower, to remove Bernadette Castillo from the Wetmore Community Library Board.  Motion carried unanimously.**

The board recessed at 10:47 a.m. and reconvened at 10:52 a.m.

Approved 01-31-22

**MOTION by Commissioner Day, to move "newspaper of record" to next agenda item.  Motion carried unanimously.**

NEWSPAPER OF RECORD
Two bids were received for the newspaper of record.  County Attorney, Clint Smith, opened and read both bids.  The Wet Mountain Tribune bid .09/line for statutory legal notices and .25/line for non-statutory legal notices.  The Sangre De Cristo Sentinel bid .19/line for the first insertion and .15/line for subsequent insertions for statutory legal notices and .35/line for non-statutory legal notices.

**MOTION by Commissioner Flower, to accept the bid from the Wet Mountain Tribune.  Vote: Commissioner Day – nay; Commissioner Canda – nay; Commissioner Flower – aye.  Motion failed.**

**MOTION by Commissioner Canda, to accept the bid from the Sangre De Cristo Sentinel.  Vote: Commissioner Day – aye; Commissioner Canda – aye; Commissioner Flower – nay.  Motion carried.**

CUSTER COUNTY GOVERNMENT APPOINTMENTS
**MOTION by Commissioner Day, to accept the list of government appointments as presented and amended.  Motion carried unanimously.**

The list of government appointments is on file in the County Clerk's Office.

TRASH SERVICE
Two bids were received for trash service.  County Attorney, Clint Smith, opened and read both bids.  Oak Disposal Services bid $50/month for a 2-yard dumpster dumped once per week and $75/month for a 3-yard dumpster dumped once per week; extra dumps are $25/dump; 15% off if you pay yearly.  P Bar O Disposal bid $67/month for a 2-yard dumpster dumped once per week (extra dump $16.75) and $67/month for a 3-yard dumpster dumped once per week (extra dump $26).

**MOTION by Commissioner Day, to accept the bid from Oak Disposal Services.  Motion carried unanimously.**

DECEMBER PAYROLL AND OUT-OF-CYCLE CHECKS
**MOTION by Commissioner Canda, to approve the December payroll.   Motion carried unanimously.**

**MOTION by Commissioner Flower, to approve the December out-of-cycle checks.  Motion carried unanimously.**

Approved 01-31-22

RESOLUTION # 22-01 PRECINCT BOUNDARY ADJUSTMENTS

**MOTION by Commissioner Flower, to adopt Resolution # 22-01 "a Resolution of the Board of County Commissioners of Custer County, Colorado, establishing precincts pursuant to C.R.S. 1-5-101". Motion carried unanimously.**

SHERIFF'S CONTRACT WITH TOWN OF SILVER CLIFF

This is an annual contract between the Town of Silver Cliff, the County Sheriff, and the BOCC for sheriff's services to the Town of Silver Cliff.

**MOTION by Commissioner Flower, to approve the contract with the Town of Silver Cliff for law enforcement services. Motion carried unanimously.**

TRANSFER OF FUNDS FOR AIRPORT

**MOTION by Commissioner Canda, to transfer $10,000 from the General Fund to the Airport Fund. Motion carried unanimously.**

**PUBLIC COMMENT**

There was public comment by Harald Frank and James Gilbert.

Having no further business, Commissioner Day adjourned the meeting at 12:43 p.m.


_____          _____
BOCC Chair, Kevin V. Day                 Attest:
                                         County Clerk & Recorder, Kelley S. Camper