# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No. 22-cv-02121-RM-MDB**

WET MOUNTAIN PUBLISHING COMPANY, a Colorado corporation d/b/a THE WET MOUNTAIN TRIBUNE,

Plaintiff

vs.

THE BOARD OF COUNTY COMMISSIONERS FOR CUSTER COUNTY, COLORADO,

Defendants.

---

## STIPULATION FOR DISMISSAL WITH PREJUDICE
---

Plaintiff Wet Mountain Publishing Company, d/b/a The Wet Mountain Tribune, by and through its attorney, Steven D. Zansberg, of the Law Office of Steven D. Zansberg, L.L.C., and Defendant The Board of County Commissioners for Custer County, Colorado, by and through its attorneys, Andrew R. McLetchie and Eden R. Rolland, of the law firm of Fowler, Schimberg, Flanagan & McLetchie, P.C., hereby stipulate that all claims brought or that could have been brought by Plaintiff against the Board of County Commissioners for Custer County, Colorado shall be dismissed, with prejudice, each party to bear its own costs and attorney's fees.

Respectfully submitted this 21st day of December, 2022.

 *s/ Steven D. Zansberg*  
Steven D. Zansberg  
Law Office of Steven D. Zansberg, L.L.C.  
100 Fillmore Street, Suite 500  
Denver, CO 80206  
(303) 385-8698  
steve@zansberglaw.com  

***Attorneys for Plaintiff***

 *s/ Andrew R. McLetchie*  
Andrew R. McLetchie  
Eden R. Rolland  
Fowler, Schimberg, Flanagan & McLetchie, P.C.  
350 Indian Street, Suite 850  
Golden, CO  80401  
(303) 298-8603  
a_mcletchie@fsf-law.com  
e_roland@fsf-law.com  

***Attorneys for Defendant Board of County Commissioners for Custer County, Colorado***

2

3

**CERTIFICATE OF SERVICE (CM/ECF)**

      I hereby certify that on the 21st day December 2022 I electronically filed the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

Andrew R. McLetchie
Eden R. Rolland
Fowler, Schimberg, Flanagan & McLetchie, P.C.
350 Indiana Street, Suite 850
Golden, CO  80401
a_mcletchie@fsf-law.com
e_rolland@fsf-law.com

                                    *s/ Steven D. Zansberg*